FILED
U.S. DISTRICT COURT

# United States District Court

Central Division for the District of Utah

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

Cedric Greene

v.

Frontier Airlines

**ORDER ON APPLICATION**

**TO PROCEED WITHOUT**

**PREPAYMENT OF FEES**

Case Number: 2:17cv319 TS

Having considered the application to proceed without prepayment of fees under 28 U.S.C. 1915;

IT IS ORDERED that the application is:

☒      GRANTED.

☐      DENIED, for the following reasons:

ENTER this ___27th___ day of ___April___ , 20 _17_

_____
*Signature of Judicial Officer*

For   Brooke C. Wells, U.S. Magistrate Judge
_____
*Name and Title of Judicial Officer*