RECEIVED CLERK

APR 2 4 2017

U.S. DISTRICT COURT

Case: 2:17-cv-00319
Assigned To : Stewart, Ted
Assign. Date : 04/25/2017
Description: Greene v. Frontier Airlines

Case No._____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH


CEDRIC GREENE,

Plaintiff,

V.

FRONTIER AIRLINES, INC.,

Defendant.


(Denver Better Business Bureau Complaint ID #12007582)


COMPLAINT FOR NEGLECT AND NEGLIGENCE


Cedric Greene
4852 St. Elmo Drive #7
Los Angeles, California 90019
(323) 972- 9966
cedricgreene33@yahoo.com

Plaintiff, Cedric Greene, Alleges:

## INTRODUCTION

Greene submits a civil complaint in the District of Utah and the U.S. Government is not a party to the case. This is a matter that was before the Denver Better Business Bureau under complaint ID #12007582. Frontier Airlines does admit to the neglect and negligence in this matter but however, they did not agree to pay civil damages within the Better Business Process. They instead offered to compensate Greene with future airline miles something that Greene was not in agreement to accept and he does have his reasons why he declined their offer.

Finally and most important, the civil cover sheet has Frontier's Business address location within Arapahoe County. Arapahoe County is a location that falls within the jurisdiction of the Tenth Circuit but nevertheless, Greene and his consultants is making the choice to bring the matter before this jurisdiction with the hopes that this Court grant their request to litigate the matter at this judicial level and if not at this level, one of the lower levels within the state of Utah at the request of Greene and members within his legal circle from the Pacific Northwest States.

## STATEMENT OF COMPLAINT

Greene arrived to John Wayne Airport on February 9, 2017, from Nashville, Tennessee and his luggage did not arrive with him in the baggage area. Denver, Colorado was his last destination before arriving in Santa Ana, California. Frontier's Denver location claimed that Greene's baggage never arrived to their location in which had everyone under the impression that his baggage was lost or stolen in Nashville, Tennessee. Greene spent the night at John Wayne Airport in search for some information concerning where his baggage was located and was given information that the may have left to their flight to San Diego, California.

That information came out to be false and not true. On February 10, 2017 and after spending the night John Wayne Airport, Greene received a call from Frontier's Nashville Airport in which stated that his luggage was in Nashville, Tennessee in which was the city and state where he had left.

# DEMAND

Greene's first demand is to ask that the matter be heard and considered at any judicial level within this state. This is not to say that Utah's judicial officials would show favoritism to him or his case but nevertheless, Greene has an excellent working relationship with Utah officials and there is no indication that the working relationship between him and Utah officials would go wrong at any time.

After the jurisdiction subject is resolved, Greene is seeking $5, 000.00 in compensation for Frontier's neglect and negligence concerning this matter. The baggage was a bag that belonged to someone else and they had allowed Greene to use their traveler's bag for his business trip. Greene was unable to the traveler's bag to the owner on the date and time he had told them that he would return them the bag.

Their was furthermore confusion concerning where the baggage was located for the simple fact that Frontier's Denver location claimed that the baggage never arrived to their location and then their Nashville location claimed that Denver had sent the baggage on a flight back to the city where Greene had departed on November 9, 2017.

Having said all of the above, the demand is $5, 000.00 in compensation and lastly, Greene and his members within his legal circle would ask that Utah would approve for the matter to remain within its state at any judicial level.

4/20/2017
Date

Cedric Greene Jr.
Signature

1

2                                    EXHIBITS

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Better Business Bureau Serving Denver/Boulder
3801 E. Florida Ave., Ste.350
Denver, Colorado 80210

303-758-2100
denver.bbb.org
info@denver.bbb.org

3/17/2017

Cedric Greene
4852 St. Elmo Drive #7
Los Angeles CA 90019

Dear Cedric Greene ,

**This message is regarding Complaint ID # 12007582- Frontier Airlines, Inc.**

Thank you for following up with BBB regarding your position in the above-mentioned dispute.

We understand you are NOT satisfied with the business's response, and have noted your dissatisfaction in our files.  While we regret we were unable to reach your desired resolution, the business has provided BBB with its position.  This matter is now closed in BBB files, and will appear in the company's BBB Business Review as: "Answered - the business addressed the issues within the complaint, but the consumer remains dissatisfied."

As a non profit organization, BBB can help with the amount of the purchase but can not help you obtain money for pain, suffering, time lost from work, monetary compensation or other such damages. Please consider seeking legal counsel for further resolution to your dispute.

We appreciate the opportunity to be of service, and sincerely hope you will contact us for pre-purchase information.

Regards,

Cyndel Barnes
Dispute Resolution Specialist
cbarnes@denver.bbb.org

```
                    ************************************
                    ***          TX REPORT          ***
                    ************************************
```

| JOB NO. | MODE | | NO. | DESTINATION TEL/ID | START TIME | PAGE | RESULT | |
|---------|------|---|-----|--------------------|------------|------|--------|---|
| 4808 | TX | G3 | 001 | 13035778101 | 03/15 13:38 | 002 | OK | 00'42 |

```
*****************************************
***           TX REPORT           ***
*****************************************
```

| JOB NO. | MODE | | NO. | DESTINATION TEL/ID | START TIME | PAGE | RESULT | |
|---------|------|------|-----|--------------------|------------|------|--------|------|
| 4808 | TX | G3 | 001 | 13035778101 | 03/15 13:38 | 002 | OK | 00'42 |

*South Los Angeles*



# COMMUNITY CENTERS INC.

**7522 S. Vermont Ave Los Angeles, CA 90044**
**(323) 752-2115 · Fax (323) 752-1799 · www.communitycentersinc.org**

### Fax Transmittal

**Attn:** Cyndel Barnes

**Company:** Denver Better Business Bureau

**Fax #:** (303) 577-8101

**From:** Cedric Greene

**Re:** #12007582

**Date:** 3/15/2017

**Pages:** 2
(Cover Sheet Included)

**Comments:** _____

Cedric Greene
4852 St. Elmo Drive #7
Los Angeles, California 90019
(323) 972- 9966
cedricgreene33@yahoo.com


Better Business Bureau Complaint ID #12007582


Frontier Airlines states that they have offered final resolution to the complaint of Cedric Greene and
their resolution was rejected once and it is rejected again. Airline tickets to fly with Frontier will not be
accepted by any means necessary. If Frontier has the desire to litigate this matter before the Court
process, Greene has no problems with going in that direction. Greene told them that once and he is
saying it once more. The problem that they caused is not resolving the circumstances with offers to fly
with them once again because that option was refused the moment the situation came about.


They have already admitted to the neglect and negligence so it's no need to raise those claims once
more. The only unresolved matter that is before Denver's Better Business Bureau is rather Greene is
going to accept their offer to fly with them again. That offer is rejected today, tomorrow, and next year
for the simple fact that Greene and his family does not wish to fly with them anymore. This matter can
make its way to Court if Frontier seeks to go in that direction and because they are saying that this is
their final resolution to this matter, Greene is "respectfully" and "properly" rejecting their offer.


Signature: _Cedric Greene Jr._          Date: _MARCH 15, 2017_