Cedric
#4852
Los Angeles, California 90019



U.S. POSTAGE PAID
LOS ANGELES, CA 90007
APR 20, 17
AMOUNT
$3.35
1000  84101  R2304M110516-07

 

U.S. POSTAGE PAID
LOS ANGELES, CA 90007
APR 20, 17
AMOUNT
$1.40
1000  84101  R2304M110516-07



7016 1970 0001 2209 4977
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**
7016 1970 0001 2209 4977

U.S. District Court of Utah
351 South West Temple
Salt Lake City, Utah 84101