IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CEDRIC GREENE,<br><br>                    Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES,<br><br>                    Defendant. | ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br><br>Case No. 2:17-CV-319 TS<br><br>District Judge Ted Stewart |

Plaintiff brings this action against Frontier Airlines based on Frontier allegedly losing Plaintiff's baggage during a flight from Nashville, Tennessee to Santa Ana, California. Plaintiff's Complaint seeks $5,000 in damages. Plaintiff's Complaint asserts no jurisdictional basis for this Court to exercise subject matter jurisdiction. No federal question is raised and the requirements of diversity jurisdiction are not met.[1]

Based on those defects, Plaintiff's Complaint is DISMISSED without prejudice for lack of subject matter jurisdiction.

DATED this 5th day of July, 2017.

BY THE COURT:

Ted Stewart
United States District Judge

---

[1] *See* 28 U.S.C. §§ 1331, 1332(a).