Case No. 2: 17- CV- 319 TS

FILED
U.S. DISTRICT COURT
2017 JUL 13  A 10: 32
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR DISTRICT OF UTAH

CEDRIC GREENE,

Plaintiff,

V.

FRONTIER AIRLINES, INC.,

Defendant.

(Denver Better Business Bureau Complaint ID #12007582)

DECLARATION AND REQUEST TO ALTER AND
AMEND JUDGMENT
{Federal Rules of Civil Procedure 59(e)}

Cedric Greene
4852 St. Elmo Drive #7
Los Angeles, California 90019
(323) 972- 9966
cedricgreene33@yahoo.com

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH AND ITS OFFICIALS:

GREENE AND WEST WASHINGTON DECLARES:

A judgment in a civil case was issued in the above action on July 5, 2017, dismissing Plaintiff's case without prejudice. The District Court declared that West Washington and Greene's complaint asserted no jurisdictional basis for the Court to exercise subject matter jurisdiction. First and foremost we would like to express that Denver's Better Business Bureau did an outstanding job at giving Greene a level of respect that was beyond superior. The analyst that was assigned during the complaint process answered all of Greene's questions and was professional throughout the entire process within Denver's Better Business Bureau. West Washington and Greene thanks them for their professional demeanor throughout Denver's BBB process.

On the other hand, we are before the District Court submitting a motion to alter and amend the judgment under Federal Rules of Civil Procedure 59(e). This legal pleading is being submitted in the declaration format because we felt the need to use this style in addressing this matter before the District Court. The State of Washington and Greene has understanding to the Court having no jurisdictional basis to exercise jurisdiction of this matter but nevertheless, we would ask that the order be amended to where the District Court is transferring the matter to one of the below venues is Salt Lake City, Utah that will have jurisdictional basis to hear this matter and if so, we would ask that we be given information on where the matter is being transferred in Salt Lake City so that Greene's legal advisors can work with the Salt Lake venue concerning the date and time of such hearing.

If not a venue in Salt Lake City, Greene has no opposition to proceeding with the matter in Denver's Arapahoe County and instead of the dismissal without prejudice order in the above matter, we would ask that an order be issued to us where the Court is transferring the above matter to whatever location in Denver's Arapahoe County so that the lower level can hear the matter within its location. Greene and West Washington's first option is to have the matter remain within Salt Lake City, Utah but if such is not an option that Utah officials can grant to Greene and his legal consultants, they will accept an order from Utah officials where it is transferring the matter to whatever location in Denver's Arapahoe County that can hear the subject matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this MOTION TO ALTER AND AMEND JUDGMENT was executed on July 10, 2017, under the instructions from the states of Washington and Oregon.

_Cedric Greene_
Cedric Greene