EXHIBIT

AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

## District of Utah

CEDRIC GREENE,

          Plaintiff,

v.

FRONTIER AIRLINES,

          Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:17-CV-319 TS

IT IS ORDERED AND ADJUDGED

that Plaintiff's Complaint is dismissed without prejudice for lack of subject matter jurisdiction.

July 5, 2017
_Date_

BY THE COURT:

_____
Ted Stewart
United States District Judge