Cedric Greene
4852 St. Elmo Drive #7
Los Angeles, CA. 90019

LOS ANGELES CA 900
10 JUL 2017 PM 8 L



U.S. District Court of Utah
351 South West Temple
Salt Lake City, Utah 84101

8410181908 C002