IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CEDRIC GREENE,<br><br>                  Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES,<br><br>                  Defendant. | ORDER DENYING PLAINTIFF'S REQUEST TO ALTER AND AMEND JUDGMENT<br><br><br>Case No. 2:17-CV-319 TS<br><br>District Judge Ted Stewart |

The Court previously dismissed this action without prejudice for lack of subject matter jurisdiction. Plaintiff now requests the Court alter or amend the judgment. Plaintiff does not appear to take issue with the Court's finding that it lacks jurisdiction, but does request his action be transferred to a court that would have jurisdiction. However, because the Court lacks subject matter jurisdiction, it necessarily lacks the ability to entertain Plaintiff's request. It is therefore

ORDERED that Plaintiff's Request to Alter and Amend Judgment (Docket No. 6) is DENIED.

DATED this 17th day of July, 2017.

                              BY THE COURT:

                              Ted Stewart<br>
                              United States District Judge